

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 2, 2021

**BY EMAIL**

The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
United States District Courthouse
500 Pearl Street
New York, New York 10007

      Re: *United States v. Joseph James O'Connor, a/k/a "PlugwalkJoe,"*
         21 Cr. 536

Dear Judge Cave:

  The Government has submitted a formal request to Spain seeking defendant Joseph James O'Connor's extradition to the United States. Accordingly, the Government respectfully requests that Indictment 21 Cr. 536 and the arrest warrant for O'Connor be unsealed and that the case be assigned to a district judge.

              Respectfully submitted,

              DAMIAN WILLIAMS
              United States Attorney

          By: /s/ Olga I. Zverovich
            Olga I. Zverovich
            Assistant United States Attorney
            (212) 637-2514

SO ORDERED:

_____ 11/2/2021
THE HONORABLE SARAH L. CAVE
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK