**21 CRIM 536**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 24, 2021

**BY EMAIL**                                        **REQUEST TO FILE UNDER SEAL**

The Honorable Kevin N. Fox
United States Magistrate Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    ***United States v. Joseph James O'Connor, a/k/a "PlugwalkJoe"*, 21 Cr. \_\_\_\_**

Dear Judge Fox:

    On August 25, 2021, defendant JOSEPH JAMES O'CONNOR, a/k/a "PlugwalkJoe" (the "defendant") was charged in the above referenced sealed Indictment with conspiracy to commit computer intrusions, in violation of 18 U.S.C. § 371; conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349; aggravated identity theft, in violation of 18 U.S.C. § 1028A; and conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h).

    On or about July 21, 2021, the defendant was arrested and detained in Spain on separate federal charges filed in the Northern District of California ("NDCA"). The U.S. Attorney's Office for the Northern District of California is pursuing the defendant's extradition on the NDCA charges. The Government in the instant case intends to submit a separate extradition request to Spain seeking the defendant's extradition to the United States on the instant charges. Accordingly, the Government respectfully moves for the Indictment and arrest warrant against the defendant to be unsealed for the sole and limited purposes of providing certified copies of said documents to the Government, and of disclosing the existence of, or disseminating, the Indictment, arrest warrant, and/or this Order to relevant United States, foreign, or intergovernmental authorities, including via the International Criminal Police Organization ("INTERPOL"), at the discretion of the United States, and in connection with efforts to locate and prosecute the defendant or to secure the defendant's arrest, extradition, or expulsion.

Given that this letter references a sealed matter, the Government respectfully requests that this letter and any resulting Order be filed under seal subject only to the limited unsealing provisions set forth above. Finally, the Government respectfully requests that the Court order that certified copies of this Order, as well as of the Indictment and arrest warrant against the defendant, be provided by the Clerk of this Court to the United States Attorney's Office for the Southern District of New York.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: *[signature]*

Olga I. Zverovich
Assistant United States Attorney
(212) 637-2514

SO ORDERED:  8/25/21

*[signature]*
THE HONORABLE KEVIN N. FOX
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK