# EXHIBIT B.2
# (Redacted)

| | |
|---|---|
| Hon. Jed S. Rakoff | Joseph O'Connor |
| Daniel Patrick Moynihan United States Courthouse | MDC Brooklyn |
| 500 Pearl Street New York | NY. |
| NY 10007-1312I | 16th June 2023 |

Dear Judge Rakoff,

My name is Joseph O'Connor, aged 24 and I am the defendant, appearing before you for sentencing.

I am, 23 months after my initial arrest, still in disbelief, as to how, I have ended up in Court, a convicted Criminal, in a place so far away from home.

I have had a substantial period to reflect, dissect, analyse and try and make any sense of how it came to this. I literally shake my head in bewilderment, as the only explanation is, simply, my own stupidity.

I never thought I would ever break the law, that I would be where I am today but it's simple, it's my own fault and I and I alone am responsible for all of this.

Initially, I was in denial about everything, I could not believe what I had done was even serious criminal conduct, but I have learned the hard way, that it absolutely is, and I fully accept the role played by me.

I had stopped completely all my bad behavior in 2020, not just criminal behavior but the immoral behavior that had become almost the norm and it is something I will never embark upon again. When I look back, as I do now objectively, I cannot believe I was even a part of that mad bad world.

The offences before you are matters that fill me with embarrassment and shame. They were the actions of an immature idiot.

No one has the right to interfere with another person's life for their own selfish instant gratification and I am so embarrassed and ashamed, that I even allowed myself to be part of such inappropriate behavior.

I lived a lonely reclusive life for many years. A life with no real friends but truly believed my online friends were great friends. I realize they were never friends at all. After knowing people for 5 years or more, gaming with them daily and embarking on the above behavior, I realized I do not even now know their real names, where they live, absolutely nothing at all, they were strangers.

The harassment and related charges truly make me beyond mortified.

Now I can understand why impulsive acts, ill thought out and retaliatory was the actions of a self-indulgent, impulsive idiot, who exercised no thought towards the consequences on others, which led to the wasting of valuable emergency services resources, caused upset to a girl who at one time was a friend, and obviously her parents and family.

I love and respect my mother. She is and has always been the most important person in my life and the utter shame I felt, when she expressed her disgust and disappointment in me, which she shared on countless occasions since my arrest.

My brothers, aunt and nieces have all vocally reprimanded me for this conduct and I had not word to say in response, as there is no explanation, logical reason why it occurred. It is simple, it should never

have occurred. I cannot imagine how angry would feel if someone violated my mum, or nieces in this way. My mum's email accounts were hacked, as was her mobile phone, as retaliation against me and I saw firsthand the impact upon her.

I have been brought up to treat people kindly and fairly, to be nonjudgmental, to be helpful and always be respectful, regardless of sex, social status, ethnicity and sexual orientation or disabilities, to treat everyone the same. I failed miserably during that period but believe I have now insight and understanding, and I have progressed completely.

I left these moral standards and pursued a course of conduct around that time, for which I am so sorry and deeply ashamed does not even begin to cover it. Words are easy, living a good moral life will be how I can show everyone, that I am sorry. The person I was when these offences were committed no longer exists.

I have never had a relationship of an intimate nature except online and these were driven by that toxic environment. I have never been to a bar or club, never been on a holiday, or even a day trip, bowling, any events that friends may do. Nothing. I just lived in an unreal world that I at the time though was my life and knew absolutely nothing else.

I ate myself fat with unhealthy processed unhealthy foods. I developed a back injury, all due to sitting in a chair for 18 hours a day. I never exercised. I did nothing but sit in a chair gaming. I had developed issues where my eyes could not tolerate the sunshine if I opened the blinds and my bad eyesight.

I never really saw family, I did not want to. To my shame I have never purchased a card for my mother's birthday or Mother's Day until I went to prison. Other prisoners in Spain commented how lucky I was with my mum and were amazed I did not send her cards or ever bought her a gift. I realized how these gestures are just small ways we can express love and gratitude that I had not considered before. I have a lot of making up to do in this department.

The last time I saw my grandmother who came to visit me in Spain, I literally spent 5 minutes with her and my aunt. Now, I realize she is old, and I have lost all those years to have spent quality time with her and cherished her, whilst I could, and I hope that I have time, to put this right.

I know her later years should be without problems and I have caused this lovely kind lady to worry about me non-stop for years. She was always so sad I was having trouble at school and the bullying and how unhappy I was, I saw tears coming from her eyes after she realized how unhappy I was.

For the last 2 years she has told me she prays for me every day that I keep safe and that I come home soon, she is suffering because of me, and that is something, it was never my intention to cause so much hurt to so many people.

My mother, even trying to write this, causes me such shame and upset, as I think about all that I have put her through. She has effectively since I was small, put her profession, her life, her friends around my needs. She changed employment several times to accommodate my numerous schools, so she could take me and collect me, this even continued whilst at college until I was 18.

She has protected me, loved me as not just a mother but a lion who would do anything to stop anyone hurting me. She once when I was surrounded by a group of gamers who had come to my house to attack me, called the police who didn't arrive (transpires they went to the wrong location) knew I was in danger as they had machetes and bats.

She is small and thin, but she grabbed a person who was about 6 ft tall who towered over her, who threatened to smash her head in with his bat, but she didn't care, her fearless stance took them by surprise they ran off. This episode is exactly what she is, fearless and resilient and would sacrifice for

not just me but my brothers, grandmother, probably or even a stranger in need. When people say they would sacrifice their life for you, I know she would without hesitation.

She has been the most caring, loving, kind, amazing, supportive mother and I know I am very lucky.

She has arranged her life and put it on hold to help me since my arrest, from assisting with the legal matters. To visiting me every Friday for two years, missing only 2 visits when my grandmother was ill. She has also had to care for my grandmother the last year, having her brought to Spain every alternative month, so she can look after her, as she is starting to forget things and has difficulty walking and caring for herself. She has been my absolute lifeline and when things were difficult in prison in Spain, she would encourage me to keep busy, get a routine and just deal with life, one day at a time. She knows just by looking me, if I am trouble and upset and she just listens and helps as she has done as far as I can remember.

I started speaking to other inmates, I learned to have conversations without worrying, I played chess, learned card games with other inmates, started drinking hot drinks of teas and coffee, which I could never have imagined, me sitting down with a group of men chatting about football, politics and life. I met older men who treated me kindly and with respect and as an equal.

I kept productive and busy, I improved my Spanish and began translating for the other prisoners and guards.

I helped other inmates with application forms and the procedures, and I felt good for the first time in my life that I was being useful and beneficial. I have learnt doing things for others, no matter how small is important and adds value to my life and gives me confidence and self-worth.

I am still shy and will never be anything other than quiet and reserved, that's my nature and I will work on that.

I realized my mother has suffered greatly by worrying about me. I have taken 2 years of her life away and she did nothing wrong. My actions have had consequences, all bad, upon my whole family.

I know she has used up her savings for my legal fees, I do not know how much they are, as she will not discuss finances and tells me not to worry. I hope that over time I can repay her but I know that I can never repay her, for her amazing support and love during these proceedings.

I want to go home and look after her, take her to a restaurant, sit down with her and take her to dinner, walk our dogs together, go with her to visit family and be a good son.

I want to start living, I am excited that I do have a future, I am lucky that I have people willing to help me, my brothers friend Mike who I last saw at my brother's wedding has told my brother Nathan that he will give me a chance and provide an apprenticeship to me in his company. This is an amazing opportunity, that will allow me to undertake a part time university course whilst working.  I can do all the things I thought I never would.

I have gained so much from being taken away from my isolation and gaming. I look back and cannot believe the hermit useless life I led.

I will never ever want to play games and would discourage anyone I can from doing so as it can lead to a world of badness and crime.

The person I was between 19 and 20, when these offences were committed, no longer exists.

I do not recognize that person, I am no longer that person and never want to be that person, he is abhorrent to me and I want to leave him behind and be the man I know I can be. A kind and considerate, thoughtful and caring and helpful person and above all law abiding.

I want to lead a productive life. I now look back at what an empty life I led. A solitary life alone with gaming and online friends in an unreal, unhealthy world, were that was the only life that mattered.

I neglected my family, my future, I was without plans or any aims in life.

Although the past 23 months, have been hard beyond belief and I have had to navigate situations I did not think existed except in movies. I want to be a better person, I want to work, I want to study, I want to achieve, I want to have a girlfriend. I hope one day I can have a wife and even children, that I can be with my animals, see my family, go to dinner with them and want to be with them. I want to experience a life I hid away from, for the past decade as I was too fearful of people and how harmful and bad they could make me feel. I want to be surrounded by people with the same values I grew up with and lost along the way.



I will never ever return to prison. I cannot understand people who reoffend and know that they will come back to a hellhole like MDC is madness.

I am sorry to the victims of my crime, the agencies who have to spend resources dealing with my offending, including the FBI and Prosecutors, the Courts and Probation and the American taxpayers' funds, which service these prosecutions and imprisonments.

Sorry, to my poor mother, who still has to worry daily, whether I will make it out in one piece and is suffering daily waiting to hear I am safe.

Sorry to the rest of my family who have supported and a loved me throughout.

I am truly humbled and thankful of the support and Love I have. The opportunities that are there for me. Some people I came across in prison have no one, realistically when released no future.

I would ask you to consider that this period in prison has been long and hard especially the last 7 weeks, that has felt like a lifetime. That you may feel I have been punished enough and I can be given the opportunity to be someone my family can be proud of and I can be a decent man, who will never ever come before the courts ever again in his life.

Thank you for the time and consideration.

Yours Faithfully,

Joseph O'Connor