# EXHIBIT F
# (Redacted)

Hon. Jed S. Rakoff

Daniel Patrick Moynihan

United States Courthouse

500 Pearl Street

New York NY 10007-1312

Brian McGuinness

██████

██

██████

United Kingdom

Dear Hon. Judge Rakoff,

Our names are Brian McGuinness and Sharon McGuinness.

I am the husband of Joseph's Aunt, Sharon McGuinness, who is Joseph's mother's sister. We have been together for 37 years, and married for 30 years in August 2023. Sharon Currently work's for an online retail company dealing with debt and debt advice. She has worked for this company for nearly 18 years. Prior to this she worked for a bookmaker in the security department for 26 years. I have been continually employed within local government since 1982. My current position is that of a surveyor.

Joseph moved to Spain when very young for a brief period, returned to the UK after a year then returned to Spain within the year. Joseph remained in Spain from 2003 to 2011. Joseph picked up the Spanish language very easily and was very fluent. From 2011 he returned to the UK. Joseph was confident in different ways than other children, however very shy and not confident in what would be considered day to day children's activities. Joseph's trait has always been caring, compassionate and honest ████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

It was during this time, he became bullied at school and was bewildered as to why other boys would want to fight with him and laugh at him, it was really when he began to feel safe only in his home environment and avoided school and life outside his home.

It is a poor reflection on the society we are in, that a vulnerable child came to trust and befriend strangers online as opposed to the real world, which had effectively treated him cruelly.

When Joseph returned to the UK in 2011 it was evident Joseph missed his life in Spain. He would continually be in his bedroom gaming. He had very few friends, all appeared to be online. We believe this is where Joseph felt more comfortable and maybe, accepted? Joseph has always displayed affection and trust with our two daughters Molly and Niamh. He appears to relax and be at ease in their company. I am privileged to also be a person who Joseph feels comfortable with. ████



While on a visit to Spain in December 2021, I visited Joseph in prison. It was clear, the environment was unpleasant, hostile, and completely out of Joseph's comfort zone. He also looked what I would suggest as vulnerable.

It was utterly heart-breaking to leave him after the visit ended and he jokily said "take me home" but it was obvious that was a desperate request and we are aware he would tell Sandra every week that he wanted to come home.

It has been nearly two long years, in Josephs world it must feel like 10,

I hope our words give some understanding of Joseph and display the good qualities Joseph possesses we are more familiar with and allow you to feel compassion and give him an opportunity to move forward with a more productive life away from a prison environment were violence and serious crimes are occurring daily.

Yours Faithfully


Brian McGuinness & Sharon McGuinness