# EXHIBIT I
# (Redacted)

Hon. Jed S. Rakoff                                                          Fatima Taleb

Daniel Patrick Moynihan United States Courthouse         ████████████

500 Pearl Street New York, Cobham. KC11 1AS              ████████████

NY 10007-1312                                                                England.

                                                                                    4th June 2023

Dear Judge, Rakoff,

My name is Fatima Taleb and I am   26 years old living independently, Single and employed.

I have worked in a restaurant for the past 2 years, whilst I am studying and undertaking training to specialise in semi-permanent make up services.

I have known Joseph O'Connor since we were children, we met when I was on holiday with my family. My family would visit Spain every year, and we stayed in the complex where Joseph was living with his mum.

Joseph and I became friends straight away, he was always so kind and caring towards me and would always include me in anything he was doing whether it was playing in the pool or going to the beach or just playing in the complex, Joseph would always invite me to join in, and he did this with all the other children also, a he would never leave anyone out.

Joseph lived in an apartment on the ground floor with a garden area that led directly to the pool.

He would bring so many children into his home, to get drinks, ice lolly's, food and snacks, looking back it makes me laugh that he thought it was normal to just do this. It was not unusual for him to be playing in the pool, but his friends would be in his home playing in his bedroom.

I remember many occasions where one child would be unkind to another and Joseph would straight away go and make sure they were ok and ask them to come over and join us to play.

He was always kind and considerate but also set in his ways. He would often also want to just play on his Gameboy alone.

Joseph and I, slowly lost contact when he moved back to the U.K. with his mum. We only met up a handful of times after their move as I lived in London and Joseph was in Liverpool.

I was aware he was playing online games all the time, although I tried to stay in touch, he was always busy in a online game and eventually we had no contact at all but I would look back on those summers fondly.

I was so sad to hear the news about Joseph's arrest and I got into contact with his mum Sandra.

 She managed to put me into contact again with Joseph while he was in Malaga Prison.

We began to speak on the phone daily and I ended up visiting him numerous times whilst I have been visiting Spain

When I first started visiting Joseph he was very Shy and closed off and completely different to how he was in the past.

After some visits, he slowly became more comfortable and open around me.

Joseph nature is so gentle and caring, regardless what he is feeling he will always listen and comfort me when I need him as much as he can.

He still has the same amazing qualities he had when younger and I believe his isolation when he returned to England led to him losing himself and taking the wrong path and not fulfilling the potential he had.

We have spoken extensively and he is excited about his future and very regretful about his past and his offending, especially as he is upset that he has caused Sandra to put her life and job on hold whilst he is in this situation, and genuinely gets upset when he talks about the impact it has had on her and his family when it was all down to his stupidity and inability to see anything in life other than gaming and his online friends, who coincidentally have never tried to contact him or sent him any letters .

I believe Joseph can lead a much better life and this experience is the catalyst for a new path for him, which will allow him to be more social and actively involved in society as a productive member without gaming and online "friends".



I would ask your Honor to show compassion towards Joseph, he is someone who will never engage in his past criminal actions, that cycle of his life is finished.

 Some of the offences occurred just after his 19th birthday, the rest the following year. Based on his inexperience in the world, he was almost childlike, and he has had the opportunity to stand back and see how stupid he has been. Please allow him to re-enter society and be the best version of himself he really wants to be.

I am looking forward to spending time with Joseph and helping him progress in life and will support him daily. He is kind, caring and very understanding, I am happy to have him back in my life as a good friend.


Yours Faithfully

Fatima Taleb