# EXHIBIT J
# (Redacted)

Hon. Jed S. Rakoff

Daniel Patrick Moynihan United States Courthouse

500 Pearl Street, New York

NY 10007-1312

Odin Kristoffersen Fagervold

,

Norway.

03rd June 2023.

Dear Judge, Rakoff,

My name is Odin Kristoffersen Fagervold, I am a single male born on the ▮ 2003 now aged 19. I currently reside with my parents and sister.

I am currently in full time education, studying at Ishavsbyen Videregående skole, maritime department, studying to become an electrical technical officer. I am on my third year and now in the summer I am starting my apprenticeship.

In March 2022 I went on my first holiday without my parents and siblings to Malaga, Spain with 3 other school friends.

Unfortunately, I was very drunk and took drugs with one of my friends and an older man we met in a nightclub, my other 2 friends had returned to the hotel earlier in the evening.

I have a very limited recollection of what happened upon leaving the club, except to say I ended up being arrested with the older male, who was from Iceland. It transpired he had numerous convictions for theft and drug related offences and had completed a robbery namely taking money from someone's hand whilst they were waiting to pay for a food on the street food cart.

I was charged as part of a conspiracy and remanded in custody.

To say I was in shock the following day after my arrest was an understatement.

I had never ever been in trouble with the police in Norway and was of good character.

I had no issues with alcohol or drugs whilst in Norway but had acted irresponsibly and stupidly whilst on holiday and became every parent's worst nightmare by being arrested on a holiday.

I was kept in custody alongside this man who was placed on a different module within the prison.

I was terrified and bewildered and the initial 10 days I was placed in quarantine before being placed on the main prison population.

I could not understand the language and had no idea why I was being held and what was happening.

From the start I naturally got along with the English and especially Joseph. Since there were no Norwegian people there and I only spoke English as a foreign language, I had to at least get along with those I could understand. As an 18-year-old boy I was scared going in on my first day with all

the other inmates, but I instantly made a connection with Joseph. I tried to distance myself from mostly everyone on that first day, but I would soon realise I didn't have to hide from Joseph.

I was in the barbershop for most of the start, and right around lunchtime Joseph came in and said he had been looking for me. He only wanted to give me a chocolate. Such a simple gesture but at the same time such an important message sent to me.

Ever since then he always told me if I needed anything I could speak to him, and so I did. He was very helpful with filling in different forms such as getting me my allergy medication, helping me verify the phone numbers of my parents so I could call home and anything else I could need translated or helped with.

He had been there for quite some time by the time I came, so he knew his way around the prison system procedures and who was nice and who wasn't. He helped me massively building my network there by introducing me to his friends.

I remember my first weekend there, they were talking about playing poker, Joseph asked me if I ever played before and I said no. He told me he would teach me and that first time we played together. After that we played every weekend just for a bit of fun.

After a couple of months, Joseph's cell mate Harry, who was another inmate Joseph had helped was released and he asked me to share in the cell with him and I said yes because we really got along, and he was one of the few on "my age" that spoke English.

Our relationship continued to grow as we had conversations in and out of the cell. He helped me out with clothes as well, every other week he would get a package sent in, and the items that didn't fit him he would give out, not just to me but others he got along with who did not have any family or friends in the country who could help them with clothing. Sometimes he would even ask his family to get certain clothes for his friends who were destitute.

I celebrated my 19th Birthday inside. This was a day I was hoping to have as a free man, but it didn't turn out that way. Joseph got me birthday presents as well as cakes, which I never would have expected being in prison. He really showed his kindness and caring for others with this act. He got a card where he and all of the inmates I had befriended signed with greetings. This meant a lot to me and all off it was his proposal. He also took care of getting the birthday present from my parents sent in with the help of his family.

We had a lot of laughs and serious conversations in that cell and Joseph although older than me by several years, could be childlike and naïve, he was very trusting and took people at face value until they proved themselves otherwise.

He did not understand some forms of humour at all and if a person said something personal to him for example about his haircut, he would assume it was an insult and not that they were just joking around and he would then make himself liable for more similar comments , as it amused the inmates that he did not understand joking and literally took  words  as they were said, I used to try and explain to him this concept.

However, inmates were all fond of Joseph and he made them laugh, not because he was trying to be amusing but he would say things that often people may think but not actually say.

One example is an inmate who would talk about going on an expensive holiday when released and going to nightclubs to get drunk and Joseph would tell them they will end up back in prison and that the should start planning a law-abiding life and obtain employment. These comments were aimed at men, who had been in and out of prison and who had never had employment, so were amused at his attitude.

He spoke to me at length about the dangers of drug use and irresponsible alcohol drinking and encouraged me to return to my life, continue with my studies and value my family and friends and to behave.

Joseph was so kind and caring to lots of people. Harry was one person who was very vulnerable, and people had difficulty understanding him as he was deaf and had difficulty lip reading others.

He would often be laughed at and Joseph was constantly reprimanding inmates explaining it was cruel to laugh at him and he would take the time to include Harry in card games, gym sessions and just general discussions. Harry could converse with Joseph, so Joseph would explain to Harry what people were saying and vice versa.

He would encourage the older inmates to walk around the exercise yard with us and listen as they talked about their lives outside prison, he was very kind to them and would always buy them coffees as the often had no funds and Joseph would share his food, sweets with anyone who had less.

He translated for anyone who needed help, helped with their legal documents and lawyers, prison staff, who were always asking Joseph to help with translation and form filling for inmates.

Joseph is truly an unusual character, kind and generous but forthright if someone is bullying a person for no reason. He appears odd sometimes to people as he can be very quiet and preoccupied but once you know him, you realise that's just part of his nature.

I was released on the 17th of November 2022, after accepting a plea deal and pleading guilty and receiving a suspended sentence

I was ecstatic to be released but paradoxically sad to leave Joseph behind and I knew he would find it difficult to adjust when I left as he likes routine.

I can say it was one of the saddest moments leaving him, it was like he had become my family and I have always worried about his extradition to America and what would happen to him.



Joseph needs to be home restarting his life with his family and embracing the life he never experienced before when he was reclusive, he is a different person who regrets his actions and wants the opportunity to lead a more normal life.

I have kept in touch with Joseph and consider him a very important friend and my family and I are looking forward to travelling to Liverpool, England to meet with Joseph and his family and sincerely believe we will continue to be friends in the future.


Yours Faithfully


Odin Kristoffersen Fagervold