# EXHIBIT K
# (Redacted)

Hon. Jed S. Rakoff

Daniel Patrick Moynihan United States Courthouse

500 Pearl Street New York,

NY 10007-1312I



Liverpool, England.

6th June 6, 2023

Dear Judge Rakoff,

I am a 40-year-old man currently residing with my mother and youngest son. I am long term unemployed and in receipt of disability benefit.

I am profoundly deaf, since a young age and unable to read and write and was never taught sign language.

I can lip read but only people who come from the city of Liverpool and have a northern accent as my lip-reading ability was only learned in the area where I have lived my whole life.

I am a convicted criminal my last offence was a historical offence relating to incidents in Spain in 2012.

Friends from my area had taken me on holiday to Spain, my first ever holiday.

However, it was for a reason, namely they were undertaking cash machine robberies using explosives and as I was deaf, I was to be used to do this as they obviously wanted to protect their own hearing.

I was arrested and remained in custody in Spain, I was then released without charge, although it transpired I was released pending further investigation.

After my return to England I was living with my mother and two children, unfortunately my 16-year-old son James was shot dead   whilst riding his bike, he was not the intended target.

Prior to this I had been long term depressed, my wife had dead shortly after the birth of our 6th child and 2 of the children were placed in care and then moves to wales and to this date I have never seen them. I have had difficulties coping in life and after this and James death attempted suicide on several occasions. I tried to hang myself the week prior to my extradition.

 The absolute anguish we were suffering as a family was unimaginable.

 I was subsequently arrested in 2018 and advised that the Spanish authorities had issued a European arrest warrant in connection with my arrest in 2012

I was subjected to extradition proceedings and my disability was the major reason for the opposition to those proceedings', which took several years but I was allowed to live with my family whilst the proceedings were ongoing.

Extradition was granted though be in with safe guards regarding my right to a fair trial and an appropriate interpreter whilst in Spain.

I was taken to Spain and the journey took 5 days and I was never provided with any assistance to advise me were we were, no one spoke English let alone English I could understand I could lip read

I was placed in custody in a prison in Malaga on remand and allocated a lawyer provided by the courts. She spoke no English and was accompanied by an interpreter who I could not lip read.

All he conditions that the UK Court had insisted upon before authorizing my extradition went out the window. I was a deaf person with no help effectively.

I found the whole initial remand period extremely challenging. I could not understand anyone, I could basically just see all these people mouths moving but could not understand anything.

I cannot use a normal phone to call my family and throughout my period in custody was not provided with a video phone. I did not even know how to work a phone or know international dialing codes or know that telephone contacts needed prior approval by an official application.

I was placed on suicide watch but was so depressed and I was having trouble with my cell mate. All I knew, was that he was being threatening towards me and I was unsure why.

Then I meet Joseph O Connor on the module where I was allocated.

He approached me and began to speak to me asking if I was OK and I realized he was also from Liverpool and I could lip read him.

I explained about my deafness and inability to understand anything, I told him my cell mate was giving me a hard time.

I also, explained I could not call my family, had no money to buy even basic supplies like shower gel toothpaste, that I smoked and was despite for a cigarette. I was so relieved to off load as it was the first conversation I had experienced for weeks.

Joseph, as I became to realize during my time in prison was so well liked by the other inmates and Prison Officers.

He took me to the medical officer and had my potential suicide notification removed so I was able to move into his cell as he assured them he would look after me.

He shared all his toiletries and food he had purchased and bought me tobacco.

He Introduced me to lots of inmates and explained that they needed to talk slowly and look at me and that I would understand probably less than 50 percent of the conversations.

He also completed the forms to have my family telephone numbers verified which were required before calls can be placed.

Then he called my mum and acted as a translator telling me what she said then telling her my response, as obviously I cannot hear anything using a normal phone.

Joseph undertook this role until my release, willingly with patience and showed a genuine interest in my family.

He had me go the gym with him and his gym group, play board games and try and ensure I was not excluded but more important fill the day, which is relentlessly long and depressing if you don't stay busy.

I had been extradited from a cold climate wearing warm clothing and had no suitable clothing. He provided me with spare clothing and asked his mum to buy me some underwear, socks and towels which you could not buy inside the prison.

More importantly he arranged for his mother to help me with my case and she arranged for a lawyer to help me, using Joseph as the translator.

Joseph speaks fluent Spanish and translated for me throughout my time in prison, from initial requests for telephone contact approvals to medical issues and any other matters that I needed help with, which were frequent, all these issues require written application forms in Spanish.

Joseph also translated for all the English inmates to the Prison officers and they would also on a daily basis ask him to translate for other European inmates who spoke no Spanish but some English.

He was well respected by the Prison officers and would converse with them and although other prisoners treated them as the enemy, Joe would always stand his ground and say they were men carrying out their jobs to pay their bills and that he had respect for them and this was clearly reciprocated by them, as they would greet him warmly with a hand shake or a pat on the back, which I never saw with any other prisoners.

He acted as translator for many inmates when they had legal visits and he could go on the legal visits as it was accepted he was helping inmates.

Joe helped anyone who needed it, he had newspapers sent in, not for himself but for several elderly inmates who had no family or friends to undertake this role.

He befriended a young Norwegian boy Odin who was only 18 and again Joseph helped him with food, toiletries and how to arrange visits. He also had him join the gym and games groups to keep him occupied.

Joe and Odin would have the more elderly prisoners walk circuits with them, to encourage them to exercise and showed them such respect and kindness, listening to their stories about their lives and showing genuine interest.

Although watching Joe and Odin together it was like watching two teenagers, they were the youngest and both had no real experiences outside their family homes. They were both boys who in the real world, would never have encountered serios criminals. The prison was full of drug cartels members, men accused of murderers and violent offenders from all other the world

We all knew in prison that Joseph had lived a reclusive life prior to his arrest and it was clear he was different from most of the inmates.

He was regimented in his daily routine, it was almost daily ritual, shower time, gym, shower again, food, games. He needed this and it unsettled him if it was not possible. The gym was closed for over a week and this was the first time I was Joseph really struggle mentally as he needed his set schedule.

He also focused relentlessly on an issue to the exclusion of anything else and could not see beyond this. He was so anxious about the travel from Malaga to Madrid in a prison van. His extradition had not been approved, it was months away, but he just worried about the journey.

He was aware from other prisoners that it took 4 to 5 days, as driving prisoners is only permitted for a few hours, so they are taken to prisons enroute to stay overnight, shower and eat.

He hates change, and he dreaded being placed in different prisons, with new people, this caused him so much anxiety that is was hard to see him so upset.

He did not have the ability to see the journey in the overall scheme of what was about to happen, was the least important aspect but he couldn't see that the problem for him was really when he reached the USA. This really showed how different his thought process was to others, although he could not see this but everyone else could.

He was nonjudgmental, treated everyone respectfully. He is kind and thoughtful beyond believe and even when I was sentenced (suspended sentence) he realized the great difficulties I was facing.

Although it was fantastic news I was being realized, I was taken back to the prison awaiting the official court order of release documentation.

I was going to be released at 8pm in the evening, with no travel document, no money, no ability to ask anyone to help, no ability to communicate outside the prison, which was in the middle of the countryside inaccessible unless you had a car.

That is the Spanish procedure, I would have been left destitute on the streets and homeless.

Joseph as always came to the rescue and contacted his mum and had her collect me from the prison. She provided accommodation and funds. she submitted an online application for emergency travel document, had my photograph taken, paid the fee and liaised with the British Consulate who were processing the travel documents. She took me to collect my emergency travel document in Malaga and then paid for my flight.

Joseph's aunt who was on holiday in Spain with friends agreed to accompany me on the flight as I cannot navigate an airport unaided, I cannot read the information boards, I cannot understand security staff and would not be able to travel alone.

They arranged for my family to collect me from the airport.

I cannot thank Joseph and his family enough for his assistance help and compassion in this regard.

The help and support were selfless without expectation of anything in return and that is truly remarkable, especially as he is so young.

It is obvious that because of his previous lack of real-life social interaction he is almost childlike, like a teenager but with an unusual strange mix of maturity in the areas that are important.  He is very trusting which can be to his disadvantage as he believes what people say is the truth, but I think he was learning that this is not always the case especially prisoners.

He is a kind and generous soul to all he encounters, respectful considerate and helpful.

His help is given without being asked for, he helps the venerable and elderly and seems to be able to know when help is needed and provides it discretely.

He was especially kind when it was the Anniversary of my son's death and made the day easier for me by just listening whilst I talked about him.

I suffer from depression and Joseph was always tactful when I was having a bad day, he would come and check on me and just be there and always listening generally just being kind, it helped me get through that period.

I wish Joseph the best in life and believe he can lead a full productive and fulfilled life when released.

I genuinely thank him and all his family for their support to not just me but all my family, who they kept in contact with even after my release to ask how I am doing. I know I was very lucky to have met Joe and received his invaluable support and help when I was desperately needed.

I truly hope that you can be understanding of Joe and show compassion towards him as he does towards others.


Yours Faithfully


HARRY MEADOWS

(Helped by Michelle Meadows my sister who wrote this on by behalf but on my directions and from my own words which has been spoken  back to me by lip reading  her word and I approve this letter).