# EXHIBIT L.1



Walker House, Exchange Flags, Liverpool, L2 3YL

(0151) 515 0660

www.resolveenergy.co.uk
info@resolveenergy.co.uk

24th May 2023

To Whom It May Concern,

Please find attached an open job offer for the role of Web Developer Apprentice for Joseph O'Connor.

We have been in contact with Joseph, through his mother Sandra, since his arrest in July 2021. We understand his correct situation thus why the job offer is to stay open until such time he is released or back in the UK.

Resolve Energy, as part of our social responsibility goals, has worked extensively with prisoners very successfully since 2014. We have a had several serving prisoners who have worked for us while on workday release from prison. All these prisoners have been very successful, in that they have all gone into full-time permanent employment with Resolve Energy. There are many success stories from this that shows it works for both us and the prisoners.

We are also in the latter stages of setting a workshop up in HMP Liverpool for prisoners who are not yet eligible to work out. This would be an option for Joseph to get back into a workday routine, while learning every day, if he were to be returned to a UK prison.

We also have extensive experience in working with apprentices and offer levels 3-7 for our apprenticeships. We would like to work with Joseph for him to achieve a level 6-7, which is the equivalent of a bachelor's or master's degree. Here at Resolve we invest heavily in personal development and learning for all our staff. We find the apprentice scheme is a very measurable way to help with this, while having the support of a experienced company behind him.

His current skills will be much appreciated in our Development team, which has increased staff fourfold in the last 2 years. We believe we can hone and further develop his skills in a workplace that has vast experience working with people in Joseph's situation, which at times can be challenging for both parties. The Development team is a major focus for our expansion over the next few years, which will mean for Joseph there will be lots of promotion opportunities once he is settled and working through his apprenticeship.

Given our experience over the last 8 years in working with prisoners I think we are a perfect home for Joseph to rehabilitate and get his life back on track.

Please do not hesitate to contact me if you need any more information at all.

Kind Regards,

Michael Marshall

Michael.Marshall@resolveenergy.co.uk
0151 515 0660
0741 130 8130

Resolve Energy Ltd is a company incorporated in England and Wales with registered number: 07706493 and a registered office at Three Tuns Lane, Formby, L37 4AQ