# **EXHIBIT L.2**



Walker House, Exchange Flags, Liverpool, L2 3YL

(0151) 515 0660

www.resolveenergy.co.uk
info@resolveenergy.co.uk

24/05/2023

RE: Web Developer Apprentice

Dear Joseph,

We are pleased to offer you employment with Resolve Energy Ltd. This letter is a conditional offer of employment subject to receipt of satisfactory references and the following terms.

Please sign a copy of this letter to indicate your acceptance of the offer and the terms above, complete the details of referees below and return to me.

BASIC TERMS OF EMPLOYMENT

1.	Your employment will begin as soon as we have an update on your current situation.

2.	Your job title will be: Web Developer Apprentice.

3.	You will be working at the following location(s); Walker House, Exchange Flags, Liverpool, L2 3YL; Please initially report to Michael Marshall at 08:00AM on your first day.

4.	Your remuneration will be £15,000 PA.

5.	Your remuneration will be supplemented by a performance-based bonus structure.

6.	Your normal hours of work will be Monday – Friday, 08:15AM to 16.15PM.

7.	In addition to the Public/Bank Holidays, you will be entitled to annual leave of 20 days' holiday per year which runs from 01/01 to 31/12.

8.	Your employment with this Company is subject to a probationary period of six months; at any time during which either you or the company can terminate your employment according to the notice period set out in your statement of terms.

Additional terms and conditions of your employment will be specified in your contracts of employment which you will receive within eight (8) weeks of starting work.

When we receive your acceptance, we will write to you with further details. We look forward to welcoming you to the company.

Yours sincerely

Michael Marshall

Resolve Energy Ltd is a company incorporated in England and Wales with registered number: 07706493 and a registered office at Three Tuns Lane, Formby, L37 4AQ



Walker House, Exchange Flags, Liverpool, L2 3YL

(0151) 515 0660

www.resolveenergy.co.uk
info@resolveenergy.co.uk

**REFEREES**

REFEREE ONE

Name         _____

Job Title    _____

Company      _____

Address      _____

             _____

             _____

Tel          _____

Relationship _____


REFEREE TWO

Name         _____

Job Title    _____

Company      _____

Address      _____

             _____

             _____

Tel          _____

Relationship _____

Resolve Energy Ltd is a company incorporated in England and Wales with registered number: 07706493 and a registered office at Three Tuns Lane, Formby, L37 4AQ