# EXHIBIT M
# (Redacted)

Hon. Jed S. Rakoff
65254054

Daniel Patrick Moynihan United States Courthouse

500 Pearl Street New York

NY 10007-1312

Louis McIntosh

New York, 11232

15th June 2023

Dear Judge Rakoff,

RE: JOSEPH JAMES O'CONNOR





Yours Faithfully

Louis McIntosh