# Exhibit A
# (Request to File Under Seal)