UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ UNITED STATES OF AMERICA,            │
│                                      │
│      -v-                             │
│                                      │
│ JOSPEH JAMES O'CONNOR                │
│                                      │
│          Defendant.                  │
└─────────────────────────────────────┘
```

21-cr-536 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

The defendant in the above-captioned case has submitted an application for compassionate release, which is properly before the Court since this application was denied by the Warden at the Federal Correctional Institution, Allenwood, where he resides. The government is directed to respond to the application by no later than January 13, 2025. The defendant's application includes voluminous exhibits that would be difficult to copy. Accordingly, the government is further directed to contact the Court's Chambers to arrange to view the application and, if the government is able, to make copies.

        SO ORDERED.

New York, NY
November 27, 2024

_____
JED S. RAKOFF, U.S.D.J.